**FILED**
December 14, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY JOACHIM, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00511-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Anthony Joachim</u>; Case <u>2:11-cr-00511 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  \_ Release on Personal Recognizance

  \_ Bail Posted in the Sum of _____

  X Unsecured Appearance Bond in the amount of $150,000.00

  \_ Appearance Bond with 10% Deposit

  \_ Appearance Bond secured by Real Property

  \_ Corporate Surety Bail Bond

  X (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/14/2011</u> at 10 y c a.m.

By _____
Kendall J. Newman
United States Magistrate Judge