FILED
December 14, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:11-cr-00511-JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ANTHONY JOACHIM, ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Anthony Joachim</u>; Case <u>2:11-cr-00511 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of _____

  _X_  Unsecured Appearance Bond in the amount of $150,000.00

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond secured by Real Property

  __  Corporate Surety Bail Bond

  _X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/14/2011</u> at /0 Yc A.M.

By _____
Kendall J. Newman
United States Magistrate Judge