1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   MATTHEW D. SEGAL
3  Assistant U.S. Attorneys
   501 "I" Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2748
5
   ANNA TRYON PLETCHER
6  TAI S. MILDER
   Trial Attorneys
7  U.S. Department of Justice
   Antitrust Division
8  450 Golden Gate Avenue, Room 10-0101
   San Francisco, CA 94102
9  Telephone: (415) 436-6660
10
11
12              IN THE UNITED STATES DISTRICT COURT
13         FOR THE EASTERN DISTRICT OF CALIFORNIA
14
15  UNITED STATES OF AMERICA,      )      2:11-CR-511 EJG
                                   )
16              Plaintiff,         )      STIPULATION AND [PROPOSED]
                                   )      ORDER TO CONTINUE STATUS
17       v.                        )      CONFERENCE
                                   )
18  ANDREW B. KATAKIS,             )
    DONALD M. PARKER,              )
19  ANTHONY B. JOACHIM, and        )
20  W. THEODORE LONGLEY,           )
                                   )
21              Defendants.        )
    ───────────────────────────────)
22
23       Plaintiff United States of America, by and through its counsel
24  of record, and defendants, by and through their counsel of record,
25  hereby stipulate as follows:
26       1.  This case was charged on December 7, 2011.  Defendant Wiley
27  C. Chandler pleaded guilty on February 28, 2012.  The four
28

                                 1

1   defendants captioned above remain in the case.

2       2.  By previous order of the Court, issued on July 9, 2012,

3   this matter was set for status conference on September 7, 2012, and

4   time was excluded under the Speedy Trial Act for defense preparation

5   and case complexity.

6       3.  Discovery is being produced on a rolling basis.  To date,

7   the Antitrust Division has provided four phases of discovery, each

8   transmitted to defense counsel with a detailed production index and

9   in the searchable electronic format of defense counsel's choice.

10  This discovery consists of banking records, trustee company

11  documents, posting company documents, documents related to various

12  corporate entities, and FBI-related materials, such as witness

13  interview summaries and related evidence.  The volume of the

14  discovery provided to date consists of several hundred thousand

15  pages of documents.

16      4.  The Antitrust Division is currently producing a fifth phase

17  of discovery, consisting primarily of electronic evidence seized

18  from the offices of defendant Andrew Katakis.  Due to the number and

19  variety of digital devices that were imaged in the search, there is

20  a large volume of electronic evidence in this case.  This fifth

21  phase of discovery is expected to contain approximately six hundred

22  thousand pages of material.

23      5.  Discovery has been available for inspection and copying.

24  In addition, the seized digital devices were imaged in place or

25  returned to Mr. Katakis immediately after the search warrant was

2

executed, so Mr. Katakis continues to have access to these digital devices.  Nonetheless, to lessen the burden on the defense and to facilitate movement of the case, the Antitrust Division has been producing this material in the searchable format specified by defense counsel.

6.  The government expects to finish producing the seized electronic evidence in a sixth phase of discovery within the next sixty days.  At that time, discovery in this case should be substantially complete, although the government will continue to comply with its ongoing discovery obligations, including obligations under the Jencks Act, <u>Brady</u>, and <u>Giglio</u>.

7.  Because of the large volume of materials and the complex legal and factual issues in this case, counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to prepare pretrial motions, and to otherwise prepare for trial.

8.  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9.  The government does not object to the continuance.

10. Therefore, it is requested that the status conference presently set for **September 7, 2012** be continued to **October 26, 2012**

1   at 10:00 a.m.  At that date, the parties expect to be in a better
2   position to set a trial date and briefing schedule on motions.

3       11.  Based on the above-stated facts, the parties stipulate and
4   agree that the ends of justice served by granting this continuance
5   outweigh the best interest of the public and the defendant in a
6   speedy trial.  The time between September 7, 2012 and October 26,
7   2012, inclusive, should be excluded from the Speedy Trial Act under
8   18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T-2), for complexity of
9   the case, and 18 U.S.C. § 3161(h)(7)(B)(iv)(Local T-4), for defense
10  preparation.

11      12.  Nothing in this stipulation and order shall preclude a
12  finding that other provisions of the Speedy Trial Act dictate that
13  additional time periods are excludable from the period within which
14  a trial must commence.

15  IT IS SO STIPULATED.

16  DATED: August 30, 2012          BENJAMIN B. WAGNER
                                    United States Attorney

                          By:   /s/
                                RUSSELL L. CARLBERG
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorneys


                                /s/
                                ANNA T. PLETCHER
                                TAI S. MILDER
                                Trial Attorneys
                                Antitrust Division
                                United States Department of Justice

4

```
1

2                                    /s/_____
3                                    PAUL J. PFINGST*
                                     Attorney for ANDREW B. KATAKIS
4

5                                    /s/_____
                                     SCOTT L. TEDMON*
6                                    Attorney for DONALD M. PARKER

7

8                                    /s/_____
                                     THOMAS A. JOHNSON*
9                                    Attorney for ANTHONY B. JOACHIM

10

11                                   /s/_____
                                     MATTHEW C. BOCKMON*
12                                   Attorney for W. THEODORE LONGLEY

13   *Signed with permission

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

5

1

### [PROPOSED] ORDER

2

3       For the reasons stated above, which the Court adopts as its

4   findings, the Court continues the status conference currently set

5   for September 7, 2012 to October 26, 2012 at 10:00 a.m., and

6   excludes under the Speedy Trial Act the time period of **September 7,**

7   **2012** to **October 26, 2012,** inclusive, under 18 U.S.C. §

8   3161(h)(7)(B)(ii) (Local Code T-2), for case complexity, and 18

9   U.S.C. § 3161(h)(7)(B)(iv) (Local Code T-4), defense preparation,

10   because it results from a continuance granted by the Court at

11   defendants' request on the basis of the Court's finding that the

12   ends of justice served by taking such action outweigh the best

13   interest of the public and the defendant in a speedy trial.

14

15       IT IS SO FOUND AND ORDERED.

16

17   DATE:  8/31/12

                                 HON. EDWARD J. GARCIA

18                                    UNITED STATES SENIOR DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28