```
ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 436-6660
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-511-04 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE JUDGEMENT AND SENTENCING** |
| v. | |
| ANTHONY B. JOACHIM, | Judge: Hon. William B. Shubb<br>Place: Courtroom 5 |
| Defendant. | Hearing Date: April 14, 2014 |

### STIPULATION

The defendant in the above-entitled case, Anthony B. Joachim, is on the Court's calendar for judgment and sentencing on April 14, 2014.

Defendant Joachim entered a guilty plea before the Court on December 30, 2013.  Before changing his plea, Mr. Joachim and co-defendants Andrew B. Katakis, Donald M. Parker, and W. Theodore Longley were on the Court's calendar for a trial commencing on January 28, 2014.  See <u>United States v. Katakis, et al.</u>, Cr. No. S-11-511 WBS.  Trial against remaining

STIPULATION TO CONTINUE JUDGEMENT AND SENTENCING

defendants Katakis, Parker, and Longley is still set to commence on January 28.  According to defense counsel, trial may not conclude until March 14, 2014.

The government will not be able to fully determine its sentencing recommendation for defendant Joachim, including participating in the preparation of the pre-sentence report, until after the conclusion of the trial in the related case.

Therefore, per agreement with defense counsel, it is respectfully requested that the judgment and sentencing hearing for defendant Joachim that is currently set for **April 14, 2014** be continued to **August 4, 2014** at 10:00 a.m.  The United States Probation Office is in accord with this approach.

IT IS SO STIPULATED.

Dated:     January 14, 2014

                                  Respectfully submitted,

/s/ Anna Tryon Pletcher
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division


/s/ Thomas A. Johnson
Thomas A. Johnson*
Counsel for Anthony B. Joachim

* Signed with permission.

STIPULATION TO CONTINUE JUDGEMENT AND SENTENCING

**ORDER**

For the reasons stated above, the Court continues the judgment and sentencing hearing for defendant Anthony B. Joachim from **April 14, 2014** to **August 4, 2014.**

IT IS SO ORDERED.

<u>Dated:   January 14, 2014</u>

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE JUDGEMENT AND SENTENCING