ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTHONY B. JOACHIM,<br><br>　　　　Defendant. | Case No. 2:11-CR-511-04 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO UNSEAL PLEA AGREEMENT** |

## STIPULATION

On December 30, 2013, the defendant in the above-entitled case, Anthony B. Joachim, appeared before the Court and pleaded guilty to Counts 1 and 2 of the Superseding Indictment, whereupon defendant Joachim's plea agreement was filed under seal. Docs. 184, 187. As the parties prepare for sentencing, and pursuant to Local Rule 141(f), it is respectfully requested that defendant Joachim's plea agreement be unsealed.

///

///

///

IT IS SO STIPULATED.

Dated: May 1, 2014

                                              Respectfully submitted,

/s/ Tai S. Milder
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

/s/ Thomas A. Johnson
Thomas A. Johnson*
Counsel for Anthony B. Joachim

* Signed with permission.

## ORDER

With good cause shown, the Court hereby unseals the plea agreement for defendant Anthony B. Joachim.

IT IS SO ORDERED.

Dated: May 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

UNITED STATES' STIP. AND PROPOSED ORDER

2