THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022
Attorneys for Anthony Joachim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDREW B. KATAKIS,
DONALD M. PARKER,
ANTHONY B. JOACHIM, and
W. THEORDORE LONGLEY

    Defendants.

Case No.: 2:11-cr-00511-WBS

STIPULAION AND [~~PROPOSED~~] ORDER TO TERMINATE DEFENDANT'S PRE-TRIAL SERVICES SUPERVISION

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the supervision of Anthony Joachim by Pre-Trial Services be termination.   Mr. Joachim has been under supervision for almost 3 years; he has been compliant with all of his release conditions; he has had no new law violations; he has made all of his required court appearance; and he has no prior failures to appear for court; and no violations have been filed. Pre-Trial Services has also been informed of the request and joins in the termination of Mr. Joachim's supervision.

**IT IS SO STIPULATED.**

DATED: October 3, 2014            By:   /s/ Thomas A. Johnson
                                                                THOMAS A. JOHNSON
                                                                Attorney for Anthony Joachim

1

DATED: October 3, 2014

By:   /s/ Thomas A. Johnson for
     ANNA PLETCHER
     Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: October 3, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE