THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022
Attorneys for Anthony Joachim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Case No.: 2:11-cr-00511-WBS
            Plaintiff,             )
                                   )   STIPULATION AND [PROPOSED]
      vs.                          )   ORDER TO HAVE THE CLERK
                                   )   RETURN DEFENDANT'S PASSPORT
                                   )
ANTHONY B. JOACHIM.                )
                                   )
            Defendant.             )
_____)

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

passport of Defendant, Anthony Joachim, may be returned to him.  The supervision of

Anthony Joachim by Pre-Trial Services has been terminated.   Assistant United States

Attorney, Anna Pletcher, and Defendant's attorney, Thomas A. Johnson, both agree to

this stipulation.


**IT IS SO STIPULATED.**

DATED:  March 4, 2015                    By:    /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Anthony Joachim


DATED:  March 4, 2015

                                         By:    /s/ Thomas A. Johnson for
                                                ANNA PLETCHER
                                                Assistant United States Attorney

1

1

## **ORDER**

2

3       IT IS HEREBY ORDERED that the Clerk of the District Court return Anthony

4   Joachim's passport to him.

5

6   DATED:  March 5, 2015

7       _____
        ALLISON CLAIRE
8       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2