KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
epeters@kvn.com
STEVEN A. HIRSCH - #171825
shirsch@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
ELIZABETH K. MCCLOSKEY - #268184
emccloskey@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ANDREW B. KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0511 (WBS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTION TO MODIFY OR QUASH RULE 17(C) SUBPOENAS** |
| v. | |
| ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY, | Date Case Filed:     December 7, 2011 |
| Defendants. | |

WHEREAS, on April 25, 2016, the Court granted Defendant Andrew Katakis's request to issue Rule 17(c) subpoenas to Richard Northcutt, Wiley Chandler, Steve Swanger, Ken Swanger, and Toni Swanger. Dkt. No. 502;

WHEREAS, Mr. Northcutt, Mr. Chandler, Steve Swanger, Ken Swanger, and Toni Swanger intend to move to modify or quash, in part, the subpoenas;

WHEREAS, counsel for Mr. Katakis and counsel for Mr. Northcutt, Mr. Chandler, Steve Swanger, Ken Swanger, and Toni Swanger met and conferred regarding a hearing date for the motions, and are all available on August 22, 2016 at 9:00 a.m. and have confirmed the Court's and the government's availability at that time as well;

WHEREAS, on March 29, 2016, the Court granted the parties' stipulation to schedule the evidentiary hearing on Mr. Katakis's Amended Motion for New Trial for June 21, 2016 at 9:00 a.m.;

WHEREAS, counsel for Mr. Katakis and the government have agreed that the evidentiary hearing date of June 21 shall be vacated, and the evidentiary hearing shall instead take place after the Court rules on the motions to modify or quash, to be filed by Mr. Northcutt, Mr. Chandler, Steve Swanger, Ken Swanger, and Toni Swanger.

Accordingly, the parties respectfully stipulate and request that the hearing on the motions to modify or quash, to be filed by Mr. Northcutt, Mr. Chandler, Steve Swanger, Ken Swanger, and Toni Swanger, be scheduled for August 22, 2016 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated:  May 31, 2016                                                                KEKER & VAN NEST LLP

By:   */s/ Elliot R. Peters*

| | |
|---|---|
| 1 | ELLIOT R. PETERS |
| 2 | STEVEN A. HIRSCH |
| | JENNIFER A. HUBER |
| 3 | ELIZABETH K. MCCLOSKEY |
| | Attorneys for Defendant |

4

5  Dated:  May 31, 2016                               ANTITRUST DIVISION, UNITED
                                                     STATES DEPARTMENT OF JUSTICE
6

7
                                                     */s/ Anna Pletcher*_____
8                                           By:      (as authorized on May 27,, 2016)
                                                     ANNA PLETCHER
9                                                    Attorney for Plaintiff

10 Dated:  May 31, 2016                               BENBROOK LAW GROUP, PC

11

12
                                                     */s/ Bradley A. Benbrook*_____
13                                          By:      (as authorized on May 27, 2016)
                                                     BRADLEY A. BENBROOK
14                                                   Attorneys for Steven Swanger

15

16 Dated:  May 31, 2016                               LAW OFFICES OF WILLIAM HAHESY

17

18                                                   */s/ William Hahesy*_____
                                            By:      (as authorized on May 27, 2016)
19                                                   WILLIAM HAHESY
                                                     Attorneys for Steven Swanger
20

21 Dated:  May 31, 2016                               K & L GATES LLP

22
                                                     */s/ Edward P. Sangster*_____
23                                          By:      (as authorized on May 31, 2016)
                                                     EDWARD P. SANGSTER
24                                                   Attorney for Wiley Chandler

25

26 (continued)

27

28

| | | |
|---|---|---|
| Dated:  May 31, 2016 | | LAW OFFICES OF DORON WEINBERG |
| | By: | */s/ Doron Weinberg*_____<br>DORON WEINBERG<br>(as authorized on May 31, 2016)<br>Attorney for Richard Northcutt |
| Dated:  May 31, 2016 | | LAW OFFICES OF<br>WILLIAM J. PORTANOVA |
| | By: | */s/ William J. Portanova*_____<br>WILLIAM J. PORTANOVA<br>(as authorized on May 31, 2016)<br>Attorney for Ken Swanger and<br>Toni Swanger |

## ORDER

The court does not approve the foregoing stipulation.  First, until the motions to quash are filed the court cannot make any determination as to when or how to proceed on them; and second, the court does not want to enter any order that would result in further continuing the sentencing of those defendants who have already entered pleas of guilty.  This matter shall accordingly remain on the calendar for June 21, 2016 at 9:00 a.m..

**IT IS SO ORDERED.**

Dated:  June 3, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE